**DENY and Opinion Filed September 20, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00787-CV**

**IN RE GAIL CORDER FISCHER, Relator**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17340**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

In this original proceeding, relator Gail Fischer seeks mandamus relief from the trial court's order (1) granting real party in interest's motion to strike her exceptions to the auditor's report and (2) denying her motion for leave to file the exceptions. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the amended petition and the record before us, we conclude that relator has failed to demonstrate that the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Having denied the petition, we also deny relator's stay motion as moot.

/Bonnie Lee Goldstein/

BONNIE LEE GOLDSTEIN
JUSTICE

220787F.P05